# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR90** |
| Plaintiff, | ) | |
| | ) | **MEMORANDUM** |
| vs. | ) | **AND ORDER** |
| | ) | |
| **NEALIA REEVES,** | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's notice of appeal (Filing No. 34)[1] and motion for leave to proceed in forma pauperis (Filing No. 35).

The Defendant was represented in this Court by appointed counsel. Therefore, under Federal Rule of Appellate Procedure 24(a)(3) she may proceed on appeal in forma pauperis without further authorization.

IT IS ORDERED that the Defendant's motion for leave to proceed in forma pauperis (Filing No. 35) is denied as moot.

DATED this 31st day of July, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge

---

[1] The Court notes that the Notice of Appeal is premature, because a Judgment has not yet been filed. The Notice of Appeal will be processed once the Judgment is filed.