IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:08CR90 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| NEALIA REEVES, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Defendant's oral motion to extend the Defendant's self surrender date of September 22, 2008.

IT IS ORDERED:

1. The Defendant's oral motion to extend the Defendant's self surrender date is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, October 6, 2008, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 22nd day of September, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge