# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR90** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| **NEALIA REEVES,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's unopposed motion to extend her self surrender date (Filing No. 47).

IT IS ORDERED:

1. The Defendant's motion to extend her self surrender date (Filing No. 47) is granted;

2. The Defendant shall report no later than 2:00 p.m. on Monday, November 17, 2008, to the institution designated by the U.S. Bureau of Prisons; and

3. The Clerk shall deliver a certified copy of this Order to the U.S. Marshal for this district.

DATED this 8th day of October, 2008.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge