IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:08CR90** |
| **Plaintiff,** | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| **NEALIA REEVES,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the Defendant's pro se motion brought under 18 U.S.C. § 3582(c) to reduce her sentence based on her medical condition (Filing No. 58).

The Court sentenced the Defendant to 36 months imprisonment. The Court recommended to the Bureau of Prisons that the Defendant receive credit for time served and participate in an appropriate medical program through the Bureau of Prisons. The Defendant states that she began her term of incarceration on January 28, 2009.

The Court has considered the factors set out in § 3582(c), and none of those factors applies to Ms. Reeves's case. The Court has made appropriate recommendations to the Bureau of Prisons. No further action will be taken.

IT IS ORDERED:

1. The Defendant's motion to reduce her sentence (Filing No. 58) is denied; and

2. The Clerk is directed to mail a copy of this order to the Defendant at her last known address.

DATED this 6th day of January, 2010.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge